U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
MAR - 3 2015
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. ) No. 4:13-cr-00006 SWW
)
NODIA MINYETTE GREEN )

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From on or about November 1, 2012, to on or about November 29, 2012, in the Eastern District of Arkansas and elsewhere, the defendant,

NODIA MINYETTE GREEN,

did knowingly and intentionally conspire with others known and unknown to the Grand Jury to, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and maintain by any means a person, knowing and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

All in violation of Title 18, United States Code, Section 371.

CHRISTOPHER R. THYER,
United States Attorney,

_____
Kristin Bryant
Bar Number 2009156
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: kristin.bryant@usdoj.gov